THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HAROLD K. WHITE, Appellant.

Argued October 17, 1946; decided November 21, 1946.

*W. Earle Costello* and *Morris Barash* for appellant.

*Harry K. Morton, District Attorney, Steuben County,* for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.